FILED IN MY OFFICE
DISTRICT COURT CLERK
3/18/2014 3:20:24 PM
ERIC ELLIS

MAT

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

MICHAEL WALDROP,
      Plaintiff,

vs.                                                                    CV-2014-159

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign profit
Corporation, M-I SWACO (a.k.a.
M-I LLC), a foreign Limited
Liability Company, and
LEONEL LUJAN,
      Defendants.

## FIRST AMENDED COMPLAINT FOR RETALIATORY DISCHARGE IN VIOLATION OF THE NEW MEXICO WAGE AND HOUR ACT AND FAIR LABOR STANDARDS ACT, AND FOR PRIMA FACIE TORT AND BREACH OF IMPLIED CONTRACT

COMES NOW, Michael Walrop, the Plaintiff, by and through his attorneys, the Martin, Dugan and Martin Law Firm, and for his *First Amended Complaint For Retaliatory Discharge In Violation Of The New Mexico Wage And Hour Act and the Fair Labor Standards Act, and for Prima Facie Tort and Breach of Implied Contract* states:

1. Plaintiff, Michael Waldrop, is a resident of Roswell, Chaves County, New Mexico.

2. The Defendant, Schlumberger Technology Corporation, is a foreign corporation whose registered agent for process is National Registered Agent's Inc, located at 123 East Marcy, Santa Fe, New Mexico 87501.

3. M-I Swaco is known as M-I, LLC. It is a foreign limited liability company. Schlumberger owns this company and manages it. Its registered agent for process is National Registered Agent's Inc, located at 123 East Marcy, Santa Fe, New Mexico 87501.



4. Leonel Lujan is an employee of Schlumberger/M-I Swaco. He was Plaintiff's supervisor.

5. The Plaintiff and the Defendants all work and do business in Eddy County, New Mexico. The facts giving rise to this Complaint also occurred in Eddy County, New Mexico. Venue is proper in the Fifth Judicial District Court of Eddy County.

6. Plaintiff worked for the Defendant Schlumberger/M-I Swaco at a rig located in an isolated portion South Eddy County. For over two years he had been paid "drive time" for the time it took him to drive from his home to the rig. Likewise, other employees were also paid drive time for the time it took them to drive from their home to the rig.

7. Plaintiff worked approximately sixteen (16) hour days. Approximately twelve (12) of those hours were spend on site at the rig. The remaining four (4) were spent driving between the rig and his home.

8. The Defendant Schlumberger/M-I Swaco provided Plaintiff with a company truck for his drive.

9. In or around January 2013 the Defendant Schlumberger/M-I Swaco delivered overnight trailers to the rig site. These trailers had sleeping quarters. The Plaintiff was told about the trailers and that he could stay in trailers rather than drive home. Plaintiff was not told he would be paid to stay in the trailers, and believed he would not be compensated for staying overnight at a remote rig site.

10. The Plaintiff elected not to stay overnight in trailers. Between January 2013 and December 9, 2013, he continued to drive between the rig and his home. He also

continued to collect drive time during this period without any objection from his employer or directive not to include the drive time.

11. The Plaintiff's coworkers and employees of Defendant continued to collect drive time and were not staying at the rig site.

12. On December 9, 2013, an employee by the name "Chapa" contacted Plaintiff and requested he stop putting drive time on his time sheet. Shortly thereafter on the same day, the Plaintiff was contacted by his supervisor, the Defendant Leonel Lujan, and the following exchange occurred via text:

   a. LUJAN: "Why are you charging drive time when a place has been provided for you at the rig?"

   b. PLAINTIFF: "I live an (sic) 2 hours away u will not force me to stay on the rig without paying me for it if u pay me to stay here I will."

   c. LUJAN: "Clean your truck then, I cannot force you to stay at the rig, but you cannot force me to keep you hired. I'll have Chapa pick up your truck."

13. The Defendants terminated Plaintiff's employment at that time.

14. The Defendants terminated Plaintiff as a result of his good faith complaint about not being paid to stay at site, and good faith request to be paid if the Defendants were going to force him to stay at the rig.

15. The Plaintiff complained to Defendants' upper level management who further ratified the actions of the Lujan.

16. The Plaintiff suffered job loss, loss of income, and other damages as a result of Defendants' actions.

17. The Defendants' actions constitute an unlawful employment practice and violate the anti-retaliation provisions of the New Mexico Wage And Hour Act's anti-retaliation provisions (N.M.S.A. 1978, §50-4-26.1) and the Fair Labor Standards Act (29 U.S.C.A. §215).

18. The Defendants' actions breached the implied contract between the Plaintiff and the Defendants with regard to his working conditions and not requiring he stay overnight at the rig site.

19. The Defendants' actions breached the public policy in New Mexico and the United States prohibiting retaliation against workers for protesting working conditions and exercising rights with regard to payment of wages and working conditions.

20. The Defendants' actions constitute a prima facie tort.

21. The Defendants are jointly and severally liable.

22. The Plaintiff is entitled to an award of punitive damages and all other damages recoverable under the law.

WHEREFORE, the Plaintiff prays for a Judgment against the Defendants to include:

1. An award of general, actual, consequential, and punitive damages;

2. An award of costs and attorney's fees;

3. Prejudgment and post judgment interest; and

4. Such other and further relief as the Court deems just and proper.

Submitted by:
MARTIN, DUGAN & MARTIN

Lane T. Martin
W.T. Martin Jr.
Mark Horton
509 W. Pierce St.

P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
(575) 887-2136 (fax)
Attorneys for Plaintiff Walrop

FILED IN MY OFFICE
DISTRICT COURT CLERK
2/19/2014 3:25:05 PM
ERIC ELLIS

MLH

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

MICHAEL WALDROP,
     Plaintiff,

                                     D-503-CV-2014-00159

vs.

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign profit
Corporation, M-I SWACO (a.k.a.
M-I LLC), a foreign Limited
Liability Company, and
LEONEL LUJAN,
         Defendants.

### COMPLAINT FOR RETALIATORY DISCHARGE IN VIOLATION OF THE NEW MEXICO WAGE AND HOUR ACT AND FAIR LABOR STANDARDS ACT, AND FOR PRIMA FACIE TORT AND BREACH OF IMPLIED CONTRACT

COMES NOW, Michael Walrop, the Plaintiff, by and through his attorneys, the Martin, Dugan and Martin Law Firm, and for his *Complaint For Retaliatory Discharge In Violation Of The New Mexico Wage And Hour Act and the Fair Labor Standards Act, and for Prima Facie Tort and Breach of Implied Contract* states:

1. Plaintiff, Michael Waldrop, is a resident of Roswell, Chaves County, New Mexico.

2. The Defendant, Schlumberger Technology Corporation, is a foreign corporation whose registered agent for process is National Registered Agent's Inc, located at 123 East Marcy, Santa Fe, New Mexico 87501.

3. M-I Swaco is known as M-I, LLC. It is a foreign limited liability company. Schlumberger owns this company and manages it. Its registered agent for process is National Registered Agent's Inc, located at 123 East Marcy, Santa Fe, New Mexico 87501.



EXHIBIT
2

4. Leonel Lujan is an employee of Schlumberger/M-I Swaco. He was Plaintiff's supervisor.

5. The Plaintiff and the Defendants all work and do business in Eddy County, New Mexico. The facts giving rise to this Complaint also occurred in Eddy County, New Mexico. Venue is proper in the Fifth Judicial District Court of Eddy County.

6. Plaintiff worked for the Defendant Schlumberger/M-I Swaco at a rig located in an isolated portion South Eddy County. For over two years he had been paid "drive time" for the time it took him to drive from his home to the rig. Likewise, other employees were also paid drive time for the time it took them to drive from their home to the rig.

7. Plaintiff worked approximately twelve (12) hour days. Approximately eight (8) of those hours were spend on site at the rig. The remaining four (4) were spent driving between the rig and his home.

8. The Defendant Schlumberger/M-I Swaco provided Plaintiff with a company truck for his drive.

9. In or around January 2013 the Defendant Schlumberger/M-I Swaco delivered overnight trailers to the rig site. These trailers had sleeping quarters. The Plaintiff was told about the trailers and that he could stay in trailers rather than drive home. Plaintiff was not told he would be paid to stay in the trailers, and believed he would not be compensated for staying overnight at a remote rig site.

10. The Plaintiff elected not to stay overnight in trailers. Between January 2013 and December 9, 2013, he continued to drive between the rig and his home. He also

continued to collect drive time during this period without any objection from his employer or directive not to include the drive time.

11. The Plaintiff's coworkers and employees of Defendant continued to collect drive time and were not staying at the rig site.

12. On December 9, 2013, an employee by the name "Chapa" contacted Plaintiff and requested he stop putting drive time on his time sheet. Shortly thereafter on the same day, the Plaintiff was contacted by his supervisor, the Defendant Leonel Lujan, and the following exchange occurred via text:

   a. LUJAN: "Why are you charging drive time when a place has been provided for you at the rig?"

   b. PLAINTIFF: "I live an (sic) 2 hours away u will not force me to stay on the rig without paying me for it if u pay me to stay here I will."

   c. LUJAN: "Clean your truck then, I cannot force you to stay at the rig, but you cannot force me to keep you hired. I'll have Chapa pick up your truck."

13. The Defendants terminated Plaintiff's employment at that time.

14. The Defendants terminated Plaintiff as a result of his good faith complaint about not being paid to stay at site, and good faith request to be paid if the Defendants were going to force him to stay at the rig.

15. The Plaintiff complained to Defendants' upper level management who further ratified the actions of the Lujan.

16. The Plaintiff suffered job loss, loss of income, and other damages as a result of Defendants' actions.

17. The Defendants' actions constitute an unlawful employment practice and violate the anti-retaliation provisions of the New Mexico Wage And Hour Act's anti-retaliation provisions (N.M.S.A. 1978, §50-4-26.1) and the Fair Labor Standards Act (29 U.S.C.A. §215).

18. The Defendants' actions breached the implied contract between the Plaintiff and the Defendants with regard to his working conditions and not requiring he stay overnight at the rig site.

19. The Defendants' actions breached the public policy in New Mexico and the United States prohibiting retaliation against workers for protesting working conditions and exercising rights with regard to payment of wages and working conditions.

20. The Defendants' actions constitute a prima facie tort.

21. The Defendants are jointly and severally liable.

22. The Plaintiff is entitled to an award of punitive damages and all other damages recoverable under the law.

WHEREFORE, the Plaintiff prays for a Judgment against the Defendants to include:

1. An award of general, actual, consequential, and punitive damages;

2. An award of costs and attorney's fees;

3. Prejudgment and post judgment interest; and

4. Such other and further relief as the Court deems just and proper.

Submitted by:
MARTIN, DUGAN & MARTIN

Lane T. Martin
W.T. Martin Jr.
Mark Horton
509 W. Pierce St.

P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
(575) 887-2136 (fax)
Attorneys for Plaintiff Walrop

## NATIONAL REGISTERED AGENTS, INC

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  RICHARD HOFFMAN
SCHLUMBERGER LIMITED
5599 SAN FELIPE, 16TH FLOOR
HOUSTON, TX 77056

SOP Transmittal # **524683208**

800-592-9023 - Telephone

Entity Served:  SCHLUMBERGER TECHNOLOGY CORPORATION (Domestic State: TEXAS)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of NEW MEXICO on this 31 day of March, 2014. The following is a summary of the document(s) received:

1. **Title of Action:**  Michael Waldrop, Pltf. vs. Schlumberger Technology Corporation, etc., et al., Dfts.

2. **Document(s) Served:**  Other: Letter, Summons, Attachment, First Amended Complaint

3. **Court of Jurisdiction/Case Number:** Eddy County 5th Judicial Disstrict Court, NM
Case # CV2014159

4. **Amount Claimed, if any:** N/A

5. **Method of Service:**

   ____ Personally served by:        ____ Process Server        ____ Deputy Sheriff        ____ U. S Marshall

   _X_ Delivered Via:        _X_ Certified Mail        ____ Regular Mail        ____ Facsimile

   ____ Other (Explain):

6. **Date of Receipt:** 03/31/2014

7. **Appearance/Answer Date:** Within 30 days after service

8. **Received From:**  Lane T. Martin
Martin, Dugan & Martin
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168
575-887-3528

9. **Federal Express Airbill #** 798410075031

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via Fed Ex 2 Day
Image SOP
Email Notification, RICHARD HOFFMAN RHOFFMAN@EXCHANGE.SLB.COM
Email Notification, SANDY THOMPSON STHOMPSONS@SLB.COM
Email Notification, DANIEL YATES YATES1@EXCHANGE.SLB.COM
Email Notification, BEVERLY MELCHOR MELCHOR@SUGAR-LAND.SL.SLB.COM
REMARKS : Please note: No previous docket history found

**NATIONAL REGISTERED AGENTS, INC**                    **CopiesTo:**

Transmitted by Amy McLaren

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL



STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

MICHAEL WALDROP,
      Plaintiff,

vs.                                                           CV-2014-159

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign profit
Corporation, M-I SWACO (a.k.a.
M-I LLC), a foreign Limited
Liability Company, and
LEONEL LUJAN,
        Defendants.

             :

## SUMMONS

TO:   Schlumberger Technology Corporation
      National Registered Agent's Inc., Registered Agent
      123 East Marcy
      Santa Fe, New Mexico 87501

     A lawsuit has been filed against you in the above Court located at 102 North Canal Street, Carlsbad, New Mexico 88220. A copy of the Complaint in the lawsuit is attached. The Court has issued this Summons. You must respond to the Complaint in writing if you wish to contest the allegations and/or the relief requested in the Complaint. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. You must file your written response with the Court. When you file your response, you must immediately provide a true and correct copy to the Martin, Dugan and Martin Law Firm, at 509 West Pierce, P.O. Box 2168, Carlsbad, New Mexico 88221. The Court may enter a judgment against you and grant the relief requested in the Complaint if you do not respond in writing to the Complaint and file your response with the Court. If you need an interpreter, you must ask for one in writing. You may also wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Carlsbad, New Mexico, this 25th day of March, 2014.

                            ERIC ELLIS, CLERK

                            By _____

                                   Deputy

STATE OF NEW MEXICO                        )
                                           ) ss.
COUNTY OF EDDY                             )

**Return for Completion by Person Making Service:**

     I, _____, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 2014, by delivering a copy thereof, with copy of Complaint attached, in the following manner:

_____   To Defendant _____ (used when Defendant receives copy of Summons, is read Summons or Complaint or refuses to receive Summons or hear reading.)

_____   To _____, a person 15 years of age and residing at the usual place of abode of Defendant _____ who at the time of such service was absent therefrom.

_____   By posting a copy of the Summons and Complaint in the most public part of the premises of Defendant _____ (used if no person found at dwelling house or usual place of abode).

_____   To _____, an agent authorized to receive service of process for Defendant _____.

_____   To _____, (parent) (guardian) of Defendant _____ (used when Defendant is a minor or an incompetent person).

_____   To _____, _____
                Name of Person               Title of person
authorized to receive service (used when Defendant is a corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision.)

By _____
    Signature of Private Citizen Making Service

**Statement of Services**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| $      | $        | $     |

    **SUBSCRIBED, SWORN** and **ACKNOWLEDGED** before me this _____ day of _____, 2014, by _____.

                              _____
                                Notary Public

My Commission Expires:

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

MICHAEL WALDROP,
      Plaintiff,

vs.                                                                CV-2014-159

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign profit
Corporation, M-I SWACO (a.k.a.
M-I LLC), a foreign Limited
Liability Company, and
LEONEL LUJAN,
      Defendants.

## SUMMONS

TO:    M-I SWACO (a.k.a M-I LLC)
       National Registered Agent's Inc., Registered Agent
       123 East Marcy
       Santa Fe, New Mexico 87501

     A lawsuit has been filed against you in the above Court located at 102 North Canal Street, Carlsbad, New Mexico 88220. A copy of the Complaint in the lawsuit is attached. The Court has issued this Summons. You must respond to the Complaint in writing if you wish to contest the allegations and/or the relief requested in the Complaint. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. You must file your written response with the Court. When you file your response, you must immediately provide a true and correct copy to the Martin, Dugan and Martin Law Firm, at 509 West Pierce, P.O. Box 2168, Carlsbad, New Mexico 88221. The Court may enter a judgment against you and grant the relief requested in the Complaint if you do not respond in writing to the Complaint and file your response with the Court. If you need an interpreter, you must ask for one in writing. You may also wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Carlsbad, New Mexico, this 25th day of March, 2014.

                          ERIC ELLIS, CLERK
                          By_____



                             Deputy

**STATE OF NEW MEXICO** )
) ss.
**COUNTY OF EDDY** )

**Return for Completion by Person Making Service:**

     I, _____, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 2014, by delivering a copy thereof, with copy of Complaint attached, in the following manner:

_____     To Defendant _____ (used when Defendant receives copy of Summons, is read Summons or Complaint or refuses to receive Summons or hear reading.)

_____     To _____, a person 15 years of age and residing at the usual place of abode of Defendant _____ who at the time of such service was absent therefrom.

_____     By posting a copy of the Summons and Complaint in the most public part of the premises of Defendant _____ (used if no person found at dwelling house or usual place of abode).

_____     To _____, an agent authorized to receive service of process for Defendant _____.

_____     To _____, (parent) (guardian) of Defendant _____ (used when Defendant is a minor or an incompetent person).

_____     To_____, _____
                                     Name of Person                                Title of person
authorized to receive service (used when Defendant is a corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision.)

By _____
Signature of Private Citizen Making Service

**Statement of Services**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

**SUBSCRIBED, SWORN** and **ACKNOWLEDGED** before me this _____ day of _____, 2014, by _____.

_____
Notary Public

My Commission Expires:

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

*Issued 3/25/14*

MICHAEL WALDROP,
      Plaintiff,

vs.                                                                                    CV-2014-159

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign profit
Corporation, M-I SWACO (a.k.a.
M-I LLC), a foreign Limited
Liability Company, and
LEONEL LUJAN,
        Defendants.

## **SUMMONS**

TO:    Schlumberger Technology Corporation
       National Registered Agent's Inc., Registered Agent
       123 East Marcy
       Santa Fe, New Mexico 87501

      A lawsuit has been filed against you in the above Court located at 102 North Canal Street, Carlsbad, New Mexico 88220. A copy of the Complaint in the lawsuit is attached. The Court has issued this Summons. You must respond to the Complaint in writing if you wish to contest the allegations and/or the relief requested in the Complaint. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. You must file your written response with the Court. When you file your response, you must immediately provide a true and correct copy to the Martin, Dugan and Martin Law Firm, at 509 West Pierce, P.O. Box 2168, Carlsbad, New Mexico 88221. The Court may enter a judgment against you and grant the relief requested in the Complaint if you do not respond in writing to the Complaint and file your response with the Court. If you need an interpreter, you must ask for one in writing. You may also wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Carlsbad, New Mexico, this 25th day of March, 2014.

                                   ERIC ELLIS, CLERK

                                   By _____

                                        Deputy

**STATE OF NEW MEXICO** )
) ss.
**COUNTY OF** Santa Fe )

**Return for Completion by Person Making Service:**

I, _Ashley Switzer_, being duly sworn, on oath, say that I am over the age of 18 years and not a party to this lawsuit, and that I served the within Summons in said County on the _31_ day of _March_, 2014, by delivering a copy thereof, with copy of Complaint attached, in the following manner:

_____ To Defendant _____ (used when Defendant receives copy of Summons, is read Summons or Complaint or refuses to receive Summons or hear reading.)

_____ To _____, a person 15 years of age and residing at the usual place of abode of Defendant _____ who at the time of such service was absent therefrom.

_____ By posting a copy of the Summons and Complaint in the most public part of the premises of Defendant _____ (used if no person found at dwelling house or usual place of abode).

✓ To _M-I SWACO f.k.a M-I LLC_, an agent authorized to receive service of process for Defendant _____.

_____ To _____, (parent) (guardian) of Defendant _____ (used when Defendant is a minor or an incompetent person).

_____ To _____, _____
Name of Person                              Title of person
authorized to receive service (used when Defendant is a corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision.)

By _____
Signature of Private Citizen Making Service

**Statement of Services**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| $ | $ | $ |

SUBSCRIBED, SWORN and ACKNOWLEDGED before me this _16_ day of _April_, 2014, by _Ashley Switzer_

_Giovannah A. Estrada_
Notary Public

My Commission Expires:

11-19-2017

OFFICIAL SEAL
Giovannah A. Estrada
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 11-19-2017



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

M-I SWACO aka M-I LLC
National Registered Agents Inc.
123 East Marcy
Santa Fe NM 87501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1830 0003 0470 0416

English        Customer Service        USPS Mobile                                                    Register / Sign In

 **USPS.COM**                                                        Search USPS.com or Track Packages

Quick Tools                    Ship a Package      Send Mail        Manage Your Mail        Shop        Business Solutions
Track
Enter up to 10 tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price                                                                         Customer Service ›
Look Up a ZIP Code
Hold Mail
Change of Address

## USPS Tracking™                                                        Have questions? We're here to help.

Tracking Number: 70081830000304700416

## Product & Tracking Information                              Available Actions

**Postal Product:**              **Features:**
                                 Certified Mail™                          USPS Text Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |                             Email Updates
|---|---|---|
| March 31, 2014 , 1:54 pm | Delivered | SANTA FE, NM 87501 |
| March 31, 2014 , 10:03 am | Notice Left (No Authorized Recipient Available) | SANTA FE, NM 87501 |
| March 29, 2014 , 9:52 am | Notice Left (Business Closed) | SANTA FE, NM 87501 |
| March 29, 2014 , 12:35 am | Processed at USPS Origin Sort Facility | ALBUQUERQUE, NM 87101 |
| March 28, 2014 | Depart USPS Sort Facility | ALBUQUERQUE, NM 87101 |
| March 28, 2014 , 6:08 pm | Processed at USPS Origin Sort Facility | ALBUQUERQUE, NM 87101 |
| March 27, 2014 | Depart USPS Sort Facility | LUBBOCK, TX 79402 |
| March 27, 2014 , 10:54 pm | Processed at USPS Origin Sort Facility | LUBBOCK, TX 79402 |
| March 27, 2014 , 4:47 pm | Dispatched to Sort Facility | CARLSBAD, NM 88220 |
| March 27, 2014 , 4:16 pm | Acceptance | CARLSBAD, NM 88220 |

## Track Another Package
**What's your tracking (or receipt) number?**

[                                                    ]        **Track It**

**STATE OF NEW MEXICO**
**COUNTY OF EDDY**
**FIFTH JUDICIAL DISTRICT COURT**

**MICHAEL WALDROP,**
        **Plaintiff,**

**vs.**                                   **D-503-CV-2014-00159**

**SCHLUMBERGER TECHNOLOGY**
**CORPORATION, a foreign profit**
**Corporation, M-I SWACO (a.k.a**
**M-I LLC) a foreign Limited**
**Liability Company, and**
**LEONEL LUJAN,**
           **Defendants.**

## <u>NOTICE OF FILING OF REMOVAL</u>

PLEASE TAKE NOTICE, that on the 28th day of April 2014, Defendants Schlumberger

Technology Corporation and M-I L.L.C., d/b/a M-I Swaco, filed a Notice of Removal, of the

above-captioned action to the United States District Court for the District of New Mexico.

Respectfully submitted,

Rodey, Dickason, Sloan, Akin & Robb, P.A.

By: *<u>Electronically Filed /s/ Jeffrey L. Lowry</u>*
        Jeffrey L. Lowry
P.O. Box 1888
Albuquerque, New Mexico 87102
(505) 765-5900
(505) 768-7395
jlowry@rodey.com

*Attorney for Defendants*



EXHIBIT
4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2014, I filed the foregoing electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

lanemartinlaw@yahoo.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By */s/ Electronically Filed, Jeffrey L. Lowry, Attorney At Law*
    Jeffrey L. Lowry

2